UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00141-FDW

| TAHEERAH S. SMITH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court *sua sponte*. The Court received a letter dated April 6, 2018 from Plaintiff's counsel, indicating that the parties submitted a stipulation for an award of attorney fees under the Equal Access to Justice Act on February 15, 2017. (Doc. No. 15). However, on February 15, 2017, the filed stipulation and order was deleted from the docket. Consistent with this Court's standing orders and practice, the parties were directed on February 15, 2017 to submit the proposed stipulated order through Cyberclerk for the Court's consideration. As Plaintiff failed to do as instructed and never moved for an award of fees and expenses, with substantiating information, as required by 28 U.S.C. § 2412(d)(1)(B), there is nothing before the Court in this case requiring resolution.

IT IS SO ORDERED.

Signed: April 9, 2018

Frank D. Whitney
Chief United States District Judge